# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

DAVID GREEN,              )
                                     )
      Plaintiff,           )
                                     )      Case No.  4:25-cv-00611-DGK
                                     )
                                     )
KANSAS CITY MISSOURI POLICE    )
DEPARTMENT,                  )
                                     )
      Defendant.       )

## ORDER

On August 25, 2025, this Court ordered Plaintiff to pay an initial partial filing fee of $26.78 and file an amended complaint to cure various deficiencies in his original complaint.  Doc. 7. Plaintiff was given until September 15, 2025, to comply and was warned that failure to comply with either directive would result in dismissal of this case without further notice.  *Id*.  Nevertheless, as of the date of this Order, Plaintiff has neither paid the initial partial filing fee nor filed an amended complaint and has not otherwise submitted any further pleadings in this case.

Accordingly, it is **ORDERED** that this case is dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and for failure to comply with this Court's Orders. Any motion to reopen must be filed within a reasonable time and must be accompanied by a $26.78 initial partial filing fee and amended complaint, as previously ordered.

           /s/ Greg Kays _____
          GREG KAYS
          UNITED STATES DISTRICT JUDGE

Dated: October 3, 2025